UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CYNTHIA A. FREY,**<br><br>  Plaintiff,<br><br>  v.<br><br>**DEPARTMENT OF ENERGY,**<br><br>  Defendant. | Civil Action No.  07-2083 (JDB) |

### ORDER

Plaintiff has not served the defendant with the complaint, which was filed on November 15, 2007.  By Order issued on March 18, 2008, pursuant to Fed. R. Civ. P. 4(m), this Court required plaintiff, on or before April 15, 2008, to either (1) file with the Court proof that the defendant has been served with the summons and complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed.  Plaintiff has not filed proof that defendant in this case has been served, nor has plaintiff provided the Court with a written explanation as to why service of process has not been completed.  Accordingly, it is hereby **ORDERED** that plaintiff's complaint shall be **DISMISSED** and this case shall be **CLOSED**.

**SO ORDERED**.

                                                         /s/
                                              JOHN D. BATES
                                        United States District Judge

Date:   April 16, 2008